Hearing Date: September 21, 2018
Hearing Time: 10:00 a.m.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

In re:

688 10th AVENUE RESTAURANT CORP.,

Chapter 11

Debtor.

Case No. 17-46576 (ESS)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that upon the annexed Application, William K. Harrington, the United States Trustee for Region 2, will move this Court before the Honorable Elizabeth S. Stong, United States Bankruptcy Judge, at the Conrad B. Duberstein Courthouse, United States Bankruptcy Court for the Eastern District of New York, 271-C Cadman Plaza East, Brooklyn, New York 11201 on **September 21, 2018, at 10:00 a.m.**, for the approval of a Stipulation and Proposed Order (the "Stipulation") dismissing the chapter 11 case of 688 10th Avenue Restaurant Corp. (the "Debtor"). The Application and the Stipulation are on file with the Clerk of the Bankruptcy Court and can also be obtained from the Office of the United States Trustee, at 201 Varick Street, Suite 1006, New York, New York 10014, attention: William E. Curtin, Esq.

PLEASE TAKE FURTHER NOTICE that any responsive papers should be filed with the Court and personally served on the United States Trustee, at the U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York

10014, to the attention of William E. Curtin, Esq., no later than seven (7) days prior to the return date set forth above.

Such papers shall conform to the Federal Rules of Bankruptcy Procedure and identify the party on whose behalf the papers are submitted, the nature of the response, and the basis for such response.

Dated: New York, New York
August 2, 2018

WILLIAM K. HARRINGTON
UNITED STATES TRUSTEE, REGION 2

By: *<u>/s/ William E. Curtin</u>*
William E. Curtin
Trial Attorney
201 Varick Street, Suite 1006
New York, New York 10014
Tel. No. (212) 510-0500
Fax. No. (212) 668-2255